IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LORIN PORTER, SR.,

      Petitioner,                    No. CIV S-07-0657 FCD GGH P

    vs.

R.J. SUBIA, et al.,

      Respondents.               ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 30, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed October 30, 2007, are adopted in full; and

2. Respondent's July 13, 2007, motion to dismiss claim one of the petition is granted; respondent's motion is denied in all other respects; respondent is ordered to file an answer to the remaining claims within thirty days of the filed date of this order.

DATED: January 9, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE